**THE STATE EX REL. WALLS, APPELLANT, *v*. OHIO MASONIC HOME ET AL., APPELLEES.**

**[Cite as *State ex rel. Walls v. Ohio Masonic Home*, 98 Ohio St.3d 285, 2003-Ohio-370.]**

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2002-0236 — Submitted January 7, 2003 — Decided February 12, 2003.)

APPEAL from the Court of Appeals for Franklin County, No. 01AP-267.

_____

{¶1}   The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

_____

Robert M. Robinson, for appellant.

Martin, Browne, Hull & Harper, P.L.L., and Richard F. Heil Jr., for appellee Ohio Masonic Home.

Jim Petro, Attorney General, and Daniel M. Hall, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____